*Mr. James Raymond Berry* for petitioner. *Mr. Edward A. Markley* for respondent.

No. 243. MARYLAND & VIRGINIA MILK PRODUCERS' ASSN., INC. *v.* DISTRICT OF COLUMBIA. October 13, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. John S. Barbour* and *Christopher B. Garnett* for petitioner. *Messrs. Richmond B. Keech, Vernon E. West,* and *Glenn Simmon* for respondent. *Mr. Charles W. Wilson* filed a brief on behalf of the National Cooperative Milk Producers' Federation, as *amicus curiae,* in support of the petition.

No. 246. KOPKE ET AL. *v.* ILLINOIS. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Wm. Scott Stewart* for petitioners. *Mr. George F. Barrett,* Attorney General of Illinois, for respondent.

No. 247. SUPPLEE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Louis A. Spiess* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Warren F. Wattles* for respondent.

No. 253. ELSTELNAT HOLDING CORPORATION *v.* PALMER, TRUSTEE IN BANKRUPTCY. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Herman A. Benjamin* for petitioner.